UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

FT MYERS DIVISION

ROBERT MENGLE, individually
and on behalf of others similarly situated                CASE NO. 2:09-cv-46-Ftm-29SPC

      Plaintiff,
vs.

MITCHELL D. GOLDSMITH, ESQUIRE,
and SHEFSKY & FROELICH, LTD.,
an Illinois corporation, jointly and severally,

      Defendants.
_____/

### DEFENDANTS NOTICE OF SETTLEMENT

Defendants, SHEFSKY & FROELICH, LTD. and MITCHELL D. GOLDSMITH, hereby serve notice upon the Court that a settlement has been reached between Plaintiff, ROBERT MENGLE and Defendants, SHEFSKY & FROELICH, LTD and MITCHELL D. GOLDSMITH. No motion for class certification has ever been filed, nor has any class ever been certified, and therefore, no court approval appears necessary.

The parties are in the process of preparing the appropriate settlement documents for submittal to the Court, and are optimistic that a Stipulation of Dismissal will be served and filed

within the next twenty (20) days upon execution of the appropriate settlement documents.

DATED May 13, 2011.

*/s/ David P. Hartnett*
David Hartnett
Florida Bar No. 946631
dhartnett@hinshawlaw.com
Hinshaw & Culbertson LLP
9155 S. Dadeland Boulevard, Suite 1600
Miami, Florida 33156-2741
Tel. No. 305-358-7747
Fax No. 305-577-1063
Attorneys for Defendants,
SHEFSKY & FROELICH, LTD. and
MITCHELL D. GOLDSMITH

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 13, 2011, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF. I also certify that the foregoing document is being served this day, via CM/ECF on counsel of record, WILLIAM J. THOMPSON, ESQUIRE, THOMPSON LAW FIRM, P.A., 9696 Bonita Beach Road, Suite 201, Bonita Springs, FL 34135.

*s/David P. Hartnett*
David P. Hartnett
FBN: 946631